                                                                                                          O

                              UNITED STATES DISTRICT COURT
                              CENTRAL DISTRICT OF CALIFORNIA

SAMUEL ZARIAN,                              Case No. 2:18-CV-02627-ODW(E)

        Plaintiff,                          **ORDER TO EXTEND THE
                                            DEADLINE TO FILE A
   v.                                       DISMISSAL OR TO REOPEN
                                            THE CASE [26]**
JANET LYNNE BERENS;
MATTHEW EHRENBERE; and Does
1-10,

        Defendants.

    The Court, having considered the Parties' Stipulation, finds good cause therein and hereby **GRANTS** the Parties' request.

    Accordingly, the deadline to file a dismissal or a motion to reopen the case is continued to October 8, 2018.

    **IT IS SO ORDERED.**

September 26, 2018                          OTIS D. WRIGHT, II
                                            UNITED STATES DISTRICT JUDGE

1

Order                                                           2:18-CV-02627-ODW-E
